UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH MORALES,

                       Plaintiff,

-against-

JEFFREY SCHILLER,

                       Defendant.
-------------------------------------------------------------X

Civil Action No.
17-CV-444-JBW-PK

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure the within action shall be, and the same hereby is, dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party, except that said dismissal is without prejudice to Plaintiff reopening this case in the event that Defendant fails to make all of the payments set forth in the Parties' Settlement Agreement; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and by facsimile or electronic signature, each of which shall be an original but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Court.

Dated: July 12, 2017

**HARRISON, HARRISON & ASSOCIATES, LTD.**
By:_____/s/ DAVID HARRISON_____
David Harrison, Esq.
110 State Highway 35, 2nd Floor
New York, NY
Tel: (718) 799-9111
*Attorneys for Plaintiff*

Dated: July 12, 2017

**KAPLOUN LAW, P.C.**
By: _____/s/ ELIYAHU Z KAPLOUN___
Eliyahu Z Kaploun, Esq.
445 East 80th Street, Suite 12d
New York, NY 10075
Tel: (646) 653-4563

**THE LAW OFFICE OF ALEXANDER PAYKIN, P.C.**
Alexander Paykin, Esq.
The Empire State Building, 59th Floor
New York, NY 10118
Tel: (212) 858-9112 ext. 801
*Attorneys for Defendant*

        **SO ORDERED:**

*Peggy Kuo*

_____
      U.S.M.J.